ANNA B. BARRETT *vs.* THE CONNECTICUT COMPANY.

Third Judicial District.
Argued October 24th—decided December 19th, 1911.

ACTION to recover damages for personal injuries alleged to have been caused by the defendant's negligence, brought to the Superior Court in New Haven County and tried to the jury before *Greene, J.;* verdict and judgment for the plaintiff for $1,200, and appeal by the defendant. *Error.*

*Harry G. Day,* with whom was *Thomas M. Steele,* for the appellant (defendant).

*Charles S. Hamilton,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in New Haven County.